# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| SCOTT DAVID JOHNSON, | : | No. 87 MM 2019 |
| Petitioner | : | |
| v. | : | |
| COURT OF COMMON PLEAS OF BERKS COUNTY, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of October, 2019, the Application for Leave to File Original Process is GRANTED, the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED, and the Application for Leave to Supplement is DISMISSED.